Case 1:11-cr-01100   Document 1   Filed 12/13/11 in TXSD   Page 1 of 3

AO 91 (Rev. 02/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

DEC 1 3 2011

David J. Bradley, Clerk of Court

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>1- Guillermo E. Villarreal<br>    YOB: 1974<br>    COB: United States of America<br>2- Leoncio Sanchez<br>    YOB: 1989<br>    COB: United States of America<br>*Defendant* | Case No. B-11-1164-MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of __December 12, 2011__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendants violated __22__ U. S. C. § __2778__
an offense described as follows:

knowingly and willfully export and cause to be exported into the United Mexican States from the United States of America a defense article, that is, to wit: ten thousand (10,000) cartridges of 7.62 x 39 mm ammunition; which were designated as defense articles on the United States Munitions List (22 CFR, Chapter 1, Part 121), without having first obtained from the Department of State a license for such export or written authorization for such export.

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet

_____
*Complainant's signature*
Gustavo J. Gonzalez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/13/2011__

_____
*Judge's signature*
Felix Recio, U.S. Magistrate

City and state: __Brownsville, Texas__

Attachment A

VILLARREAL and SANCHEZ, both United States citizens, were arrested and charged with violating 22 USC 2778 (Illegal exportation of firearms or ammunition). Assistant United States Attorney (AUSA) Karen Betancourt accepted the case for federal prosecution.

_____
Gustavo González, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence on December 13, 2011, in Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge

Attachment A

On December 12, 2011, Homeland Security Investigations (HSI) Special Agents conducted surveillance at a sporting goods store in Brownsville, TX. While conducting surveillance, agents observed two male individuals, later identified as Guillermo VILLARREAL and Leoncio SANCHEZ, purchase a large amount of 7.62 x 39 mm ammunition. Agents then observed VILLARREAL and SANCHEZ travel to a sporting goods store in Weslaco, TX and purchase another large quantity of 7.62 x 39 mm ammunition. Finally, VILLARREAL and SANCHEZ travelled to a sporting goods store in Edinburg, TX and purchased another large quantity of 7.62 x 39mm ammunition before returning to Brownsville, TX. VILLARREAL and SANCHEZ travelled in a green, GMC, four-door pickup truck bearing Texas license plates ▬▬▬ registered to VILLARREAL. Agents continued mobile surveillance on the vehicle and its occupants until it arrived to a Wal-Mart parking lot in Brownsville, TX. While in the parking lot, agents observed VILLARREAL and SANCHEZ remove the ammunition from its original packaging and conceal the ammunition in the rear cab area of VILLARREAL's vehicle. VILLARREAL and SANCHEZ then travelled to a residence in Brownsville, TX. Agents approached the vehicle while VILLARREAL and SANCHEZ were inside. VILLARREAL and SANCHEZ agreed to accompany agents to the Gateway port of entry in Brownsville, TX to be interviewed.

While at the Gateway port of entry, HSI Special Agents (SA) Gustavo Gonzalez and Joseph Tijerina of the Assistant Special Agent in Charge, Harlingen, Texas (ASAC HG) office assigned to the Rio Grande Valley-Border Enforcement Security Taskforce (RGV-BEST) read and explained VILLARREAL's Miranda rights. VILLARREAL waived his right to have an attorney present and voluntarily provided a statement.

SANCHEZ was read and explained his rights as per Miranda in the Spanish language by HSI SA Omar Garza and Richard Hensel. SANCHEZ waived his right to have an attorney present and voluntarily provided a statement.

Both VILLARREAL and SANCHEZ admitted to purchasing ten thousand (10,000) cartridges of 7.62 x 39 mm caliber ammunition at sporting goods stores in Brownsville, Weslaco, and Edinburg, TX. Both VILLARREAL and SANCHEZ admitted that the ammunition was destined for Mexico. VILLARRAL and SANCHEZ admitted to have purchased and smuggled ammunition on at least three previous occasions. Both VILLARREAL and SANCHEZ admitted to be participating in the purchase and transport of ammunition from the United States to Mexico for monetary gain. VILLARREAL and SANCHEZ further stated they knew it was illegal to export ammunition from the United States to Mexico based on the posted signs they have seen prior to exiting the United States. Neither VILLARREAL nor SANCHEZ have ever applied for or received a license to export ammunition from the United States to Mexico.