AO 257 (Rev 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate, Location (City)
Southern District of Texas
Felix Recio, U.S. Magistrate Judge
Brownsville, Texas

United States District Court
Southern District of Texas
FILED
DEC 1 3 2011
David J. Bradley, Clerk of Court

**OFFENSE CHARGED**
Illegal export of ammunition
22 USC 2778

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT - U.S. vs.**
VILLARREAL, Guillermo Enrique

Address  Brownsville,

Place of offense: Brownsville, Texas
U.S.C. Citation: 22 USC 2778

Birth date: 1974
☒ Male  ☐ Female
☐ Alien (if applicable)

B-11-1164-MJS-a

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)
Homeland Security Investigations
Special Agent Gustavo Gonzalez

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U. S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending cause involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ⑩

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Gustavo Gonzalez, Special Agent
☐ U. S. Att'y  ☒ Other U. S. Agency

Name of Asst. U.S. Att'y (if assigned)

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ⑩
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
   ☐  ☒ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   If "Yes" give date filed

DATE OF ARREST ⑩   Mo. December   Day 12   Year 11
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ⑩   Mo.   Day   Year

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS