United States District Court
Southern District of Texas
FILED

DEC 1 6 2011

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs | § | **CRIMINAL NO. B-11-1100** |
| **GUILLERMO ENRIQUE VILLARREAL** **LEONCIO SANCHEZ** | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From in or about October, 2011, and continuing thereafter until on or about December 12, 2011, in the Southern District of Texas, Defendants,

**GUILLERMO ENRIQUE VILLARREAL**
**and**
**LEONCIO SANCHEZ,**

knowingly and willfully conspired and agreed together and with other persons known and unknown to the grand jury to violate Title 22, United States Code, Section 2778 (b)(2) and (c), Title 18 United States Code, Section 554(a), and Title 22, Code of Federal Regulations, Section 121.1, that is, the object of their conspiracy was to smuggle 7.62 x 39 mm ammunition from the United States into the Republic of Mexico in violation of law.

At all times relevant to this indictment, 7.62 x 39 mm ammunition is a designated defense article pursuant to the United States Munitions List. As such, a license or other authorization is required from the Secretary of State prior to the export of such

ammunition.

At all times relevant to this indictment, neither of the defendants, Guillermo Enrique Villarreal and Leoncio Sanchez, possessed any such license or authorization to export 7.62 x 39 mm ammunition from the United States.

Manner and Means of the Conspiracy:

It was part of the conspiracy that the defendants would purchase large quantities of 7.62 x 39 mm ammunition from various Academy Sports & Outsdoors stores located in Cameron and Hidalgo Counties in the State of Texas.

It was further part of the conspiracy that the defendants would hide the ammunition within a vehicle and smuggle and export the ammunition into Mexico without declaring such ammunition or having obtained a license for the export of the ammunition.

Overt Acts:

In furtherance of the conspiracy and to affect the objectives of the conspiracy, the defendants performed the following overt acts, either jointly or separately:

1. On October 28, 2011, the defendants purchased approximately 4,000 rounds of ammunition from an Academy Sports & Outsdoors store located in Hidalgo County, Texas.

2. On October 28, 2011, the defendants crossed from Brownsville, Texas, into Matamoros, Mexico, without declaring the ammunition.

3. On November 1, 2011, the defendants purchased approximately 3,000

rounds of 7.62 x 39 mm ammunition from an Academy Sports & Outdoors store located in McAllen, Texas.

4. On November 1, 2011, the defendants crossed from Brownsville, Texas, into Matamoros, Mexico, without declaring the ammunition.

5. On December 12, 2011, the defendants purchased 7.62 x 39 mm ammunition from the Academy Sports & Outdoors store in Brownsville, Texas.

6. On December 12, 2011, the defendants purchased 7.62 x 39 mm ammunition from the Academy Sports & Outdoors store in Weslaco, Texas.

7. On December 12, 2011, the defendants purchased 7.62 x 39 mm ammunition from the Academy Sports & Outdoors store in Edinburg, Texas.

8. On December 12, 2011, the defendants returned to Brownsville, Texas, where they hid the ammunition in Villarreal's vehicle with the intention of crossing the vehicle containing the hidden ammunition into Matamoros, Mexico.

In violation of Title 18, United States Code, Section 371.

Count Two

On or about November 1, 2011, in the Southern District of Texas, Defendants,

**GUILLERMO ENRIQUE VILLARREAL
and
LEONCIO SANCHEZ,**

did knowingly and willfully export and cause to be exported from the United States to Mexico a defense article, that is, approximately 3,000 rounds of 7.62 x 39 mm ammunition, which was designated as a defense article on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export.

In violation of Title 22, United States Code, Sections 2778(b) (2) and 2778(c), Title 22, Code of Federal Regulations, Sections 121.1, and Title 18 United States Code, Section 2.

Count Three

On or about December 12, 2011, in the Southern District of Texas, Defendants,

**GUILLERMO ENRIQUE VILLARREAL**
and
**LEONCIO SANCHEZ**,

did knowingly and willfully attempt to export and cause to be exported from the United States to Mexico a defense article, that is, approximately 10,000 rounds of 7.62 x 39 mm ammunition, which was designated as a defense article on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export.

In violation of Title 22, United States Code, Sections 2778(b) (2) and 2778(c), Title 22, Code of Federal Regulations, Sections 121.1, and Title 18 United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
JOSEPH T. LEONARD
Assistant United States Attorney