# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | CR. NO. B-11-1100-01 |
| **GUILLERMO ENRIQUE VILLARREAL** | § | |

### NOTICE OF NO OBJECTIONS TO THE PSR AND INTENT TO ENFORCE WAIVER OF APPEAL PROVISIONS OF THE PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America ("the United States") files this Notice of No Objections to the PSR and Intent to Enforce Waiver of Appeal Provisions of the Plea Agreement:

### I - NOTICE OF NO OBJECTIONS

The United States, having reviewed the recommended findings of fact and application of the advisory guidelines, has no objections to the PSR.

### II - NOTICE OF INTENT TO ENFORCE WAIVER OF APPEAL

Defendant entered a guilty plea under the terms of a written plea agreement agreeing to waive certain rights to appeal as set out in 18 U.S.C. § 3742(a). The United States hereby gives notice that it will invoke its rights under the plea agreement and move to have any appeal raising issues under 18 U.S.C. § 3742(a) dismissed as waived.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

*s/ Joseph T. Leonard*
JOSEPH T. LEONARD
Assistant United States Attorney
Federal Bar No. 866174
State Bar No. 24038069
600 E. Harrison St, #201
Brownsville, TX 78520
Tel: (956) 548-2554
Fax: (956) 548-2711

## CERTIFICATE OF SERVICE

I hereby certify that on this the **22ND day of March, 2012**, the Notice of No Objections to the PSR and Intent to Enforce Waiver of Appeal Provisions of the Plea Agreement was served by Notification of Electronic Filing to Fred A Kowalski, Law Office of Fred A. Kowalski, 902 E Madison Street, Brownsville, TX 78520, and delivered to the Federal Probation Office, Brownsville, Texas.

 

*s/ Joseph T. Leonard*
JOSEPH T. LEONARD
Assistant United States Attorney